## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:21-CV-1069-VMC-JSS

Plaintiff:
**DEPOSITORS INSURANCE COMPANY AND ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**

vs.

Defendant:
**WTA TOUR INC, a corporation and MADISON BRENGLE , an individual**

For:
Ronald Kammer
HINSHAW & CULBERTSON LLP
2525 Ponce De Leon Blvd
Suite 400
Coral Gables, FL 33134

Received by DLE Process Servers, Inc on the 5th day of May, 2021 at 5:01 pm to be served on **WTA Tour, Inc c/o Courtney McBride as Registered Agent, 100 Second Avenue South,, Suite 1100-S, St Petersburg, FL 33701**.

I, Michele Carpintier, do hereby affirm that on the **11th day of May, 2021** at **10:35 am, I:**

served a   CORPORATION by delivering a true copy of the **Summons In A Civil Action, Complaint For Declaratory Judgment, Exhibits** at **100 Second Avenue South,, Suite 1100-S, St Petersburg, FL 33701** with the date and hour of service endorsed thereon by me, to: **Bridgett Malone** as **Admin. Coordinator** for **Courtney McBride, REGISTERED AGENT** on behalf of **WTA Tour, Inc** and informing said person of the contents therein, in compliance state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
Michele Carpintier
APS 26478

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2021019234
Ref: 1017865

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, AND ALLIED PROPERTY & CASUALTY INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br><br>WTA TOUR, INC., a corporation, and MADISON BRENGLE, an individual<br><br>*Defendant(s)* | Civil Action No. 8:21-cv-1069-VMC-JSS |

5/11/21
10:35 AM

## SUMMONS IN A CIVIL ACTION

Bridgett Malone
M.C. #26478

To: *(Defendant's name and address)*

WTA Tour, Inc.
c/o Courtney McBride, a Registered Agent
100 Second Avenue South, Suite 1100-S
St. Petersburg, Florida 33701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald L. Kammer, Esquire
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd., 4th Floor
Miami, Florida 33134
(305) 358-7747
rkammer@hinshawlaw.com
kcongdon@hinshawlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF [COURT]

*Barbara Sohn*

Date: **May 05, 2021**

[seal: UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA]

*Clerk or Deputy Clerk*

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   8:21-cv-1069-VMC-JSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

