## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:21-CV-1069-VMC-JSS

Plaintiff:
**DEPOSITORS INSURANCE COMPANY AND ALLIED PROPERTY & CASUALTY INSURANCE COMPANY**

vs.

Defendant:
**WTA TOUR INC, a corporation and MADISON BRENGLE , an individual**

For:
Ronald Kammer
HINSHAW & CULBERTSON LLP
2525 Ponce De Leon Blvd
Suite 400
Coral Gables, FL 33134

Received by DLE Process Servers, Inc on the 5th day of May, 2021 at 5:01 pm to be served on **Madison Brengle, 3609 45th Terrace West, Unit 101, Bradenton, FL 34210**.

I, Roberto Restrepo, do hereby affirm that on the **17th day of May, 2021** at **4:30 pm, I:**

served the defendant, **INDIVIDUALLY/PERSONALLY** by delivering a true copy of the **Summons In A Civil Action, Complaint For Declaratory Judgment , Exhibits** with the date and hour of service endorsed thereon by me, to: **Madison Brengle** at the address of: **3609 45th Terrace West, Unit 101, Bradenton, FL 34210**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/12/2021  3:00 pm  Attempted service at 3609 45th Terrace West, Unit 101, Bradenton, FL 34210, two story gated building. Mrs. Brengle name was listed in the call box, code 067. I called and she answered and asked me to identify myself before granting me access. After I identified myself, she immediately hung up. I called her again 4 times and she did not answer. Will try again tomorrow.
5/14/2021  10:27 am  Attempted service at 3609 45th Terrace West, Unit 101, Bradenton, FL 34210, tried the intercom. The same lady answered, as soon as I mentioned my name she hung up.  I tried again, but she didn't answer. I followed someone going into the complex and knocked on the door. There was no answer. A large dog started barking, someone as trying to keep him quiet. Called her phone again and continued to knock, but no one answered.
5/17/2021  4:30 pm  Attempted service at 3609 45th Terrace West, Unit 101, Bradenton, FL 34210, Madison opened the door and tried shutting it on me. I was able to stop the door from shutting with my foot, I explained to her the contents of the documents and she then accepted service. Audi parked outside 1Q35FJ

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: W, Height: 5'6, Weight: 130, Hair: Light Brown, Glasses: N

## RETURN OF SERVICE For 8:21-CV-1069-VMC-JSS

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_____
Roberto Restrepo
Process Server #622

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2021019233
Ref: 1017865

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DEPOSITORS INSURANCE COMPANY, AND ALLIED PROPERTY & CASUALTY INSURANCE COMPANY <br> *Plaintiff(s)* <br> v. <br> WTA TOUR, INC., a corporation, and MADISON BRENGLE, an individual <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:21-cv-1069-VMC-JSS |

*[Handwritten: 5/17/21 4:30pm Madison Brengle RR#622]*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Madison Brengle
3609 45th Terrace West, Unit 101
Bradenton, Florida 34210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ronald L. Kammer, Esquire
Hinshaw & Culbertson LLP
2525 Ponce de Leon Blvd., 4th Floor
Miami, Florida 33134
(305) 358-7747
rkammer@hinshawlaw.com
kcongdon@hinshawlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **May 05, 2021**                    *BarbaraSohn*
                                          Signature, Clerk

American LegalNet, Inc.
www.FormsWorkFlow.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:21-cv-1069-VMC-JSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

