UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEPOSITORS INSURANCE COMPANY, and ALLIED PROPERTY & CASUALTY INSURANCE COMPANY

    Plaintiffs,

CASE NO.: 8:21-cv-01069-VMC-JSS

vs.

WTA TOUR, INC., a corporation, and
MADISON BRENGLE, an individual

    Defendants.
_____/

## STATUS REPORT

Pursuant to this Court's Endorsed Order of June 2, 2021 [DE 10], Depositors Insurance Company and Allied Property & Casualty Insurance Company (collectively, "Plaintiffs") file this Status Report and state as follows:

## PRELIMINARY STATEMENT

1.    Plaintiffs commenced this declaratory judgment action on May 4, 2021 against defendant, WTA Tour, Inc. ("WTA") and defendant, Madison Brengle ("Ms. Brengle") [DE 1].

2.    On May 11, 2021, Plaintiffs executed service of process on WTA [DE 13].

3.    On June 1, 2021, WTA filed its answer and counterclaim [DE 9].

4.    On June 2, 2021, this Court issued its Endorsed Order directing Plaintiffs to file the within status report regarding Plaintiffs' efforts to effect service upon Ms. Brengle.

5.    Prior to this Court's Endorsed Order, on May 17, 2021, service of process was executed on Ms. Brengle.

6. Pursuant to Local Rule 1.10(a), on June 4, 2021, Plaintiffs filed proof of service of the summons and complaint executed on Ms. Brengle [DE 14].

7. Accordingly, all defendants have been served with Plaintiffs' summons and complaint.

Respectfully submitted,

/s/ *Edward T. Sylvester*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Edward T. Sylvester
Florida Bar No. 051612
esylvester@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, Fourth Floor
Coral Gables, Florida 33134-6044
(T): 305-358-7747 – (F): 305-577-1063
*Depositors Insurance Company* and *Allied Property & Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants and I certify that a copy has been mailed to Defendant, Madison Brengle, 3609 45th Terrace West, Unit 101, Bradenton, Florida 34210.

s/ *Edward T. Sylvester*
Edward T. Sylvester
Florida Bar No. 051612
esylvester@hinshawlaw.com

1017865\308304187.v1