UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY, and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY

    Plaintiffs,

vs.

WTA TOUR, INC., a corporation, and
MADISON BRENGLE, an individual

    Defendants.
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO WTA TOUR, INC.'S COUNTERCLAIM**

Depositors Insurance Company ("Depositors") and Allied Property & Casualty Insurance Company ("Allied")(collectively, "Plaintiffs"), by and through the undersigned counsel, and pursuant to Rule 6(b), Fed.R.Civ.P. and Rule 3.01, M.D. Fla., seeks the entry of an order granting an enlargement of time to respond to the Counterclaim by Defendant, WTA Tour, Inc. ("WTA") no later than July 2, 2021, and as grounds therefor states:

1. This lawsuit arises from Plaintiffs' Complaint for declaratory relief seeking a declaration that neither Depositors nor Allied have a duty to defend WTA in an action brought by Madison Brengle against WTA ("Underlying Action"). *See* DE 1.

2. In response, WTA filed a Counterclaim, seeking damages from Depositors' alleged failure to defend WTA in the Underlying Action, as WTA alleges is required by the parties' insurance contract. *See* DE 9.

3. Depositors's response to the Counterclaim is due on June 22, 2021.

4.  On June 21, 2021, the undersigned learned of personnel changes with Plaintiffs that impact Depositors's ability to timely respond to the Counterclaim; thus, additional time is needed, until July 2, 2021, to allow the Plaintiffs to review the allegations against Despositors and respond to the Counterclaim.

5.  Plaintiffs file this motion in good faith, and Plaintiffs do not—by filing this motion—intend to delay or hinder these proceedings. Likewise, the extension will not impact the proposed schedule described in the Joint Motion for Modified Scheduling Order. *See* DE 17. No prejudice will result to WTA by the granting of this motion.

## MEMORANDUM OF LAW

Rule 6(b), Fed.R.Civ.P., provides in relevant part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . "

District courts have broad discretion under 6(b) to expand filing deadlines. *See, Busch v. County of Volusia*, 189 F.R.D. 687 (M.D. Fla. 1999). In the instant case, the extension is requested and proper cause is demonstrated due to the undersigned's need for additional time to prepare the appropriate response. Furthermore, Depositors has meritorious defenses to the Counterclaim. This motion has been timely filed.

For the reasons set forth herein, Plaintiffs respectfully request that an order be entered granting an extension of time until July 2, 2021 to respond to WTA's Counterclaim.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), M.D. Fla., the undersigned hereby certifies that on June 21, 2021, counsel for Plaintiffs conferred with counsel for WTA regarding the merits of this motion, and WTA does not oppose the relief requested herein.

        HINSHAW & CULBERTSON, LLP

        */s/ Ronald L. Kammer*
        Ronald L. Kammer, Esquire
        Florida Bar No. 360589
        rkammer@hinshawlaw.com
        Edward T. Sylvester
        Florida Bar No. 051612
        esylvester@hinshawlaw.com
        HINSHAW & CULBERTSON LLP
        2525 Ponce de Leon Boulevard, 4th Floor
        Coral Gables, Florida 33134-6044
        (T): 305-358-7747 – (F): 305-577-1063
        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants and I certify that a copy has been mailed to Defendant, Madison Brengle, 3609 45th Terrace West, Unit 101, Bradenton, Florida 34210.

        */s/ Ronald L. Kammer*
        Ronald L. Kammer
        Florida Bar No. 360589
        rkammer@hinshawlaw.com