UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY, and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY

    Plaintiffs,

vs.

WTA TOUR, INC., a corporation, and
MADISON BRENGLE, an individual

    Defendants.
_____/

**PLAINTIFFS' CERTIFIED DISCLOSURE STATEMENT**

Pursuant to this Court's Endorsed Order of May 13, 2021 and Local Rule 3.03, Depositors Insurance Company and Allied Property & Casualty Insurance Company (collectively, "Plaintiffs") discloses the following:

(1)    each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

    (a)    Depositors Insurance Company (an affiliated company of Nationwide Insurance Company)

    (b)    Allied Property & Casualty Insurance Company (an affiliated company of Nationwide Insurance Company)

    (c)    Hinshaw & Culbertson, LLP

    (d)    Ronald L. Kammer, Esquire

    (e)    Edward T. Sylvester, Esquire

    (f)    WTA Tour, Inc.

  (g)  Proskauer Rose, LLP

  (h)  Matthew Triggs, Esquire

  (i)  Jared M. DuBosar, Esquire

  (j)  John E. Failla, Esquire

  (k)  Madison Brengle

  (l)  Peter Ginsburg, Esquire

(2) each entity with publicly traded shares or debt potentially affected by the outcome;

  (a)  Nationwide Financial Services (NFS)

(3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee;

  (a)  None

(4) each person arguably eligible for restitution.

  (a)  WTA Tour, Inc. alleges entitlement to damages in its breach of contract counterclaim against Depositors Insurance Company

CERTIFICATION: Pursuant to Local Rule 3.03(b), I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

HINSHAW & CULBERTSON, LLP

*/s/ Ronald L. Kammer*
Ronald L. Kammer, Esquire
Florida Bar No. 360589
rkammer@hinshawlaw.com
Edward T. Sylvester
Florida Bar No. 051612
esylvester@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, 4th Floor
Coral Gables, Florida 33134-6044
(T): 305-358-7747 – (F): 305-577-1063
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants and I certify that a copy has been mailed to Defendant, Madison Brengle, 3609 45th Terrace West, Unit 101, Bradenton, Florida 34210.

*/s/ Ronald L. Kammer*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com