UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY,
and ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY

    Plaintiffs,

vs.

WTA TOUR, INC., a corporation, and
MADISON BRENGLE, an individual

    Defendants.

_____/

## STIPULATION TO BE BOUND BY ANY JUDGMENT

Plaintiffs, Depositors Insurance Company and Allied Property and Casualty Insurance Company (collectively, "Plaintiffs"), and Defendant, Madison Brengle ("Ms. Brengle"), enter into the following stipulation:

1. Plaintiffs commenced this action by filing a Complaint for Declaratory Judgment ("Complaint") on May 4, 2021 against Ms. Brengle and Defendant, WTA Tour, Inc.

2. Plaintiffs named Ms. Brengle as a necessary party in the Complaint, arguing that Ms. Brengle's rights, if any, may be impacted by the Court's decision in this action.

3. Plaintiffs and Ms. Brengle stipulate and agree that Ms. Brengle will not challenge any judgment, settlement, order, or other ruling declaring Plaintiffs', WTA Tour, Inc.'s or any other party's rights and respective obligations under the insurance policies at issue.

4. In light of this stipulation, Ms. Brengle will be dismissed, with prejudice, from this action, with Plaintiffs and Ms. Brengle to bear their own attorney's fees and costs.

| | |
|---|---|
| HINSHAW & CULBERTSON LLP | MICHELMAN & ROBINSON, LLP |
| /s/ Ronald L. Kammer | /s/ Peter R. Ginsberg |
| Ronald L. Kammer | Peter R. Ginsberg |
| Florida Bar No. 360589 | Michelman & Robinson, LLP |
| rkammer@hinshawlaw.com | 800 Third Avenue, 24th Floor |
| Edward T. Sylvester | New York, N.Y. 10022 |
| Florida Bar No. 051612 | *Counsel for Madison Brengle* |
| esylvester@hinshawlaw.com | |
| 2525 Ponce de Leon Blvd., 4th Floor | |
| Coral Gables, Florida 33134-6044 | |
| (T): 305-358-7747 – (F): 305-577-1063 | |
| *Depositors Ins. Co. and Allied Prop. & Cas. Ins. Co.* | |

CASE NO. 2021-CA-001015-O

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June ___, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all CM/ECF participants and I certify that a copy has been mailed to Defendant, Peter Ginsberg, Michelman & Robinson, LLP, 800 Third Avenue, 24th Floor, New York, N.Y. 10022

/s/ Ronald L. Kammer
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com