UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


DEPOSITORS INSURANCE COMPANY, AND
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY,

    *Plaintiffs*,

v.                                                                    NO. 8:21-CV-1069-VMC-JSS

WTA TOUR, INC. AND MADISON BRENGLE,

    *Defendants*.

---

## RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT

Filed by:[1] **LOGAN G. HAINE-ROBERTS**


Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**Madison Brengle, c/o Peter R. Ginsberg,   Michelman & Robinson, LLP**

**WTA Tour, Inc. c/o Matthew Triggs, Jared M. Dubosar, and John E. Failla, Proskauer Rose LLP**

**Depositors Insurance Company, c/o Ronald L. Kammer, and Logan G. Haine-Roberts, Hinshaw & Culbertson, LLP.**

**Allied Property & Casualty Company c/o Ronald L. Kammer, and Logan G. Haine-Roberts, Hinshaw & Culbertson, LLP**

**Logan G. Haine-Roberts**

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

**Ronald L. Kammer**
**Hinshaw & Culbertson, LLP**

**Peter R. Ginsberg**

**Michelman & Robinson, LLP**

**Matthew Triggs**

**Jared M. Dubosar**

**John E. Failla**

**Proskauer Rose, LLP**


Each entity with publicly traded shares or debt potentially affected by the outcome:

**Nationwide Financial Services (NFS)**

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**None**.

Each person arguably eligible for restitution:

**WTA Tour, Inc. alleges entitlement to damages in its breach of contract counterclaim against Depositors Insurance Company**.

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**Depositors Insurance Company is a part of Allied Group, Inc., whose parent company is Nationwide Mutual Insurance Company.**

**Allied Property & Casualty Company is part of Allied Group, Inc., whose parent company is Nationwide Mutual Insurance Company.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.


*/s/ Logan G. Haine-Roberts*
*see* Fed. R. Civ. P. 11(a)]

8/19/2021