## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## CASE NO. 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiffs,

v.

WTA TOUR, Inc., a corporation, and
MADISON BRENGLE, and individual,

      Defendants.

_____/

### JOINT MOTION FOR LEAVE TO FILE REPLY MEMORANDA

Plaintiffs Depositors Insurance Company ("Depositors") and Allied Property & Casualty Insurance Company ("Allied") (collectively "Plaintiffs") and Defendant WTA Tour, Inc. (the "WTA"), by and through their respective counsel and pursuant to Local Rule 3.01(d), move for leave to file replies in support of their respective cross motions for judgment on the pleadings, ECF Nos. 37, 38.  In support of this Motion, the parties state the following:

1. By way of their Complaint, Plaintiffs seek a declaration that neither Depositors nor Allied have a duty to defend the WTA in an action brought by Madison Brengle against the WTA (the "Underlying Action").  *See* ECF No. 1.

2. In turn, the WTA has filed a Counterclaim, seeking damages from Depositors' failure to defend the WTA in the Underlying Action, as the WTA maintains is required by the parties' insurance contract. *See* ECF No. 9.

3.     Thus, a central issue raised through these pleadings is whether Plaintiffs have a duty to defend the WTA in the Underlying Action.

4.     On September 8, 2021, the parties filed cross motions for judgment on the pleadings.  ECF Nos. 37, 38.  The parties responded to the respective motions on October 13, 2021. ECF Nos. 41, 42.

5.     The pending cross motions for judgment on the pleadings seek to resolve a central issue in this litigation—whether Plaintiffs have a duty to defend the WTA in the Underlying Action. In view of the dispositive nature of these motions and in the interest of presenting fully briefed motions, the parties believe that the filing of replies will enable them to fully present their arguments and assist the Court with resolving the cross motions.

6.     Moreover, under Local Rule 3.01(d), parties are permitted to file replies directed to "a response to a motion for summary judgment" as a matter of right.  As is ordinarily the case with motions for summary judgment, the pending cross motions for judgment on the pleadings seek to resolve a central issue in this litigation. Therefore, the parties respectfully suggest that filing of replies in support of the cross motions is appropriate in this case.

7.     Consistent with Local Rule 3.01(d), the parties seek leave to file replies of no more than seven (7) pages, with such replies being due by November 1, 2021.

**WHEREFORE** the parties respectfully request that the Court grant them leave to file replies—by November 1, 2021, in support of their cross motions for judgment

on the pleadings of no more than seven (7) pages, and grant such further and additional relief as this Court deems just and proper.

*/s/ Logan G. Haine-Roberts*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Logan G. Haine-Roberts
Florida Bar No. 360589
lhaine-roberts@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, Fourth Floor
Coral Gables, Florida 33134-6044
(T): 305-358-7747 (F): 305-577-1063
*Counsel for Plaintiffs Depositors Insurance*
*Company and Allied Property and Casualty Insurance Company*

**/s/** Jared M. DuBosar

| | |
|---|---|
| Matthew Triggs | John E. Failla* |
| Florida Bar No. 865745 | PROSKAUER ROSE LLP |
| Jared M. DuBosar | Eleven Times Square |
| Florida Bar No. 1011630 | New York, NY 10036 |
| PROSKAUER ROSE LLP | Tel: (212) 969-3000 |
| 2255 Glades Road, Suite 421A | Fax: (212) 969-2900 |
| Boca Raton, FL 33431 | Email: jfailla@proskauer.com |
| Tel: (561) 241-7400 | *Admitted *Pro Hac Vice*. |
| Fax: (561) 241-7145 | |
| E-Mail: mtriggs@proskauer.com | *Attorneys for Defendant WTA Tour,* |
| E-Mail: jdubosar@proskauer.com | *Inc.* |
| Secondary: florida.litigation@proskauer.com | |