## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## CASE NO. 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiffs,

v.

WTA TOUR, Inc., a corporation, and
MADISON BRENGLE, and individual,

    Defendants.
_____/

## THE WTA'S MOTION FOR LEAVE TO FILE A SHORT RESPONSE TO PLAINTIFFS' COURT-ORDERED FILING

Defendant WTA Tour, Inc. (the "WTA"), by and through counsel, moves for leave to file a short response to Plaintiffs' Court ordered filing, ECF No. 52. In support of this Motion, the WTA states the following:

1. On November 10, 2021, the Court directed Plaintiffs to submit supplemental briefing concerning case law governing professional services exclusions. ECF No. 51. Plaintiffs did so on November 17, 2021. ECF No. 52.

2. Seven out of the eight cases mentioned in Plaintiffs' filing are new. As, such, the WTA respectfully requests it be permitted to address such supplemental authority by means of a short submission.

**WHEREFORE** the WTA asks that the Court grant it leave to file a four-page response to Plaintiffs' Court ordered filing—by November 22, 2021—and grant such further and additional relief as this Court deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Counsel for Defendant WTA Tour, Inc. has conferred with counsel for Plaintiffs, via e-mail and telephone, and undersigned counsel is authorized to represent that Plaintiffs do not agree to the relief requested because they do not believe the Court intended to permit further briefing on the issue.

/s/ Jared M. DuBosar
Matthew Triggs
Florida Bar No. 865745
Jared M. DuBosar
Florida Bar No. 1011630
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
E-Mail: mtriggs@proskauer.com
E-Mail: jdubosar@proskauer.com
Secondary: florida.litigation@proskauer.com

John E. Failla*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: jfailla@proskauer.com
*Admitted *Pro Hac Vice*.

*Attorneys for Defendant WTA Tour, Inc.*