UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY,

    Plaintiffs,

v.

WTA TOUR, Inc., a corporation, and
MADISON BRENGLE, and individual,

    Defendants.
_____/

## NOTICE PURSUANT TO LOCAL RULE 3.09(A)

Plaintiffs Depositors Insurance Company and Allied Property & Casualty Insurance Company (collectively "Plaintiffs") and Defendant WTA Tour, Inc. (together with Plaintiffs, the "Parties"), by and through their respective counsel and pursuant to Local Rule 3.09(a) and the Case Management and Scheduling Order (ECF No. 32), hereby notify the Court that a resolution has been reached in this matter and request that the Court administratively close the matter pending the Parties filing a joint stipulation of dismissal of all claims and counterclaims.

*/s/ Logan G. Haine-Roberts*
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Logan G. Haine-Roberts
Florida Bar No. 360589
lhaine-roberts@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, Fourth Floor

Coral Gables, Florida 33134-6044
(T): 305-358-7747 (F): 305-577-1063
*Counsel for Plaintiffs Depositors Insurance Company and Allied Property and Casualty Insurance Company*

/s/ Jared M. DuBosar
Matthew Triggs
Florida Bar No. 865745
Jared M. DuBosar
Florida Bar No. 1011630
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
E-Mail: mtriggs@proskauer.com
E-Mail: jdubosar@proskauer.com
Secondary: florida.litigation@proskauer.com

John E. Failla*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: jfailla@proskauer.com
*Admitted *Pro Hac Vice*.

*Attorneys for Defendant WTA Tour, Inc.*