UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:21-cv-01069-VMC-JSS

DEPOSITORS INSURANCE COMPANY and
ALLIED PROPERTY & CASUALTY
INSURANCE COMPANY,

 Plaintiffs,

v.

WTA TOUR, Inc., a corporation, and
MADISON BRENGLE, and individual,

 Defendants.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

 Plaintiffs Depositors Insurance Company and Allied Property & Casualty Insurance Company (collectively "Plaintiffs") and Defendant WTA Tour, Inc. (together with Plaintiffs, the "Parties"), pursuant to the Court's Order (ECF No. 61), file this Joint Stipulation for Dismissal with Prejudice. The Parties jointly stipulate to the dismissal with prejudice of the lawsuit, with each party agreeing to bear its own attorneys' fees and costs.

/s/ Logan G. Haine-Roberts
Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
Logan G. Haine-Roberts
Florida Bar No. 360589
lhaine-roberts@hinshawlaw.com
HINSHAW & CULBERTSON LLP
2525 Ponce de Leon Boulevard, Fourth Floor
Coral Gables, Florida 33134-6044
(T): 305-358-7747 (F): 305-577-1063
*Counsel for Plaintiffs Depositors Insurance Company and Allied Property and Casualty Insurance Company*

/s/Jared M. DuBosar
Matthew Triggs
Florida Bar No. 865745
Jared M. DuBosar
Florida Bar No. 1011630
PROSKAUER ROSE LLP
2255 Glades Road, Suite 421A
Boca Raton, FL 33431
Tel: (561) 241-7400
Fax: (561) 241-7145
E-Mail: mtriggs@proskauer.com
E-Mail: jdubosar@proskauer.com
Secondary: florida.litigation@proskauer.com

/s/ John E. Failla
John E. Failla*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Email: jfailla@proskauer.com
*Admitted *Pro Hac Vice*.
*Attorneys for Defendant WTA Tour, Inc.*

Case No. 8:21-cv-01069-VMC-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

**HINSHAW & CULBERTSON LLP**

*/s/ Logan G. Haine-Roberts*
Logan G. Haine-Roberts
Florida Bar No. 112005
lhaine-roberts@hinshawlaw.com
lleon@hinshawlaw.com